Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 22−10295−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia C. Tessein
   9 Tekening Way
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−4163

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 19, 2022.

Dated: April 19, 2022
JAN: wiq

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10295-MBK |
| Patricia C. Tessein | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: plncf13 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia C. Tessein, 9 Tekening Way, Hamilton, NJ 08690-1648 |
| cr | + | Santander Bank NA, c/o Loren L. Speziale, Esq., 33 S. 7th Street, Allentown, PA 18101-2436 |
| 519484477 | + | FIG Capital Investments NJ 13, LLC, C/O Taylor and Keyser LLC., 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 519509479 | | Santander Bank, N.A., c/o Loren L. Speziale, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519484475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:50:35 | Capital One, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 519514806 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2022 20:50:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519484476 | | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:49:35 | Care Credit/ Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519514419 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 20:50:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519538428 | | Email/Text: ar@figadvisors.com | Apr 19 2022 20:45:00 | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 54472, New Orleans Louisiana 70154-4472 |
| 519484478 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, P.O. Box 94982, Cleveland, OH 44101 |
| 519538741 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 519484479 | + | Email/Text: DeftBkr@santander.us | Apr 19 2022 20:45:00 | Santander Bank N.A., 601 Penn Street MC:10-6438-FB7, Reading, PA 19601-3563 |
| 519484480 | + | Email/Text: DeftBkr@santander.us | Apr 19 2022 20:45:00 | Santander Bank, N.A., Mail Code 10-6438-FB7, 601 Penn Street, Reading, PA 19601-3563 |
| 519485825 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 22-10295-MBK    Doc 27    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: plncf13 | Total Noticed: 16 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Patricia C. Tessein kfayette@kevinfayette.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank NA lspeziale@grossmcginley.com jkacsur@grossmcginley.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5