| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Patricia C. Tessein | Case No.: | 22-10295 |
| | Adversary No.: | N/A |
| | Chapter: | 13 |
| | Judge: | Michael B. Kaplan |

FILED
JEANNE A. NAUGHTON, CLERK
DEC 20 2022
U.S. BANKRUPTCY COURT
CAMDEN, NJ
BY _____ DEPUTY

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     MTAG Custodian for FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:     PO Box 54472

New Orleans, Louisiana 70154-4472


New address:     PO Box 669505

Dallas, TX 75266-9505


New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:     12/15/2022             /s/ Johnny Roberts
                                  Signature

*rev.8/1/2021*

Capital
PO Box 669505
as TX 75266-9505

U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101
Phone (856) 361-2300

RECEIVED
DEC 20 2022



neopost
12/15/2022
US POSTAGE $002.88
ZIP 32204
041L10245289

FIRST-CLASS MAIL

