Docket #: 23-00239
Date: February 7, 2023

# State of New Jersey
# Mercer County Surrogate's Court

In the Matter of the Estate of
**Patricia C. Tessein**
a/k/a **Claire Gnandt** and
a/k/a **Patricia Claire Gnandt Tessein**, Deceased

**EXECUTOR
SHORT CERTIFICATE**

I, **Diane Gerofsky,** Surrogate, do hereby certify that the Last Will and Testament of the above named Decedent, late of the County of **Mercer** and State of **New Jersey,** was admitted to Probate by the Surrogate of **Mercer** County, on **February 7, 2023,** and that Letters Testamentary were issued to **Keith Tessein,** the **Executor** named therein, who is duly authorized to take upon himself the administration of the estate of said testator according to law and the terms of the said Last Will and Testament and said Letters Testamentary have never been revoked and still remain in full force and effect.

WITNESS my hand and seal of office, this
**7th day of February, 2023.**

_____
**Diane Gerofsky,** Surrogate