| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-10295 / MBK**

Patricia C. Tessein

Petition Filed Date: 01/13/2022
341 Hearing Date: 02/10/2022
Confirmation Date: 04/13/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2022 | $1,025.00 | 82313290 | 03/10/2022 | $2,000.00 | 83326600 | 04/07/2022 | $2,000.00 | 83903790 |
| 05/10/2022 | $1,878.00 | 84593950 | 06/10/2022 | $1,878.00 | 85203030 | 07/11/2022 | $1,878.00 | 85812560 |
| 08/10/2022 | $1,878.00 | 86424030 | 09/12/2022 | $1,878.00 | 87019910 | 10/12/2022 | $1,878.00 | 87628240 |
| 11/14/2022 | $1,878.00 | 88230540 | 12/13/2022 | $1,878.00 | 88771260 | 01/11/2023 | $1,878.00 | 89344020 |
| 02/21/2023 | $1,878.00 | 90094260 | | | | | | |

**Total Receipts for the Period:  $23,805.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $23,805.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Patricia C. Tessein | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq<br>»» ATTY DISCLOSURE | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | SANTANDER BANK, NA<br>»» P/9 TEKENING WAY/3RD MTG | Mortgage Arrears | $12,572.06 | $2,250.10 | $10,321.96 |
| 2 | SANTANDER BANK, NA<br>»» P/9 TEKENING WAY/2ND MTG/PAY IN FULL | Mortgage Arrears | $33,136.09 | $5,930.52 | $27,205.57 |
| 3 | LVNV FUNDING LLC<br>»» CARE CREDIT | Unsecured Creditors | $1,328.40 | $0.00 | $1,328.40 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,724.97 | $0.00 | $1,724.97 |
| 5 | MTAG CUSTODIAN FOR FIG CAPITAL INVESTMENTS NJ13<br>»» 9 TEKENING WAY/TAX CERT #17-00283 | Secured Creditors | $46,366.23 | $8,298.39 | $38,067.84 |
| 6 | PNC Bank, N.A.<br>»» P/9 TEKENING WAY/1ST MTG | Mortgage Arrears | $258.46 | $36.52 | $221.94 |

**Chapter 13 Case No. 22-10295 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,805.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $20,165.53 | Current Monthly Payment: | $1,878.00 |
| Paid to Trustee: | $1,886.93 | Arrearages: | $1,878.00 |
| Funds on Hand: | $1,752.54 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

