Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−10295−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia C. Tessein
   9 Tekening Way
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−4163

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/27/23 at 09:00 AM

to consider and act upon the following:

**45** − Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: 9 Tekening Way, Trenton NJ 08690. Fee Amount $ 188. filed by Creditor PNC Bank, National Association, Motion for Relief from Co−Debtor Stay of Kermit Tessein, 40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC Bank, National Association. Objection deadline is 08/28/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/25/23

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court