Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 22−10295−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia C. Tessein
   9 Tekening Way
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−4163

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/27/23 at 09:00 AM

to consider and act upon the following:

**45** − Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: 9 Tekening Way, Trenton NJ 08690. Fee Amount $ 188. filed by Creditor PNC Bank, National Association, Motion for Relief from Co−Debtor Stay of Kermit Tessein, 40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC Bank, National Association. Objection deadline is 08/28/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/25/23

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10295-MBK |
| Patricia C. Tessein | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 25, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

**Recip ID        Recipient Name and Address**
db            +  Patricia C. Tessein, 9 Tekening Way, Hamilton, NJ 08690-1648

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

**Name                  Email Address**

Albert Russo
                       docs@russotrustee.com

Brian C. Nicholas
                       on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                       on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin C. Fayette
                       on behalf of Debtor Patricia C. Tessein kfayette@kevinfayette.com

Loren L. Speziale
                       on behalf of Creditor Santander Bank NA lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

U.S. Trustee
                       USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Aug 25, 2023 Form ID: ntchrgbk Total Noticed: 1

TOTAL: 6