**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Loren L. Speziale, Esquire
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA   18105-4060
(610) 820-5450

Attorney for Creditor,
Santander Bank, N.A.

IN RE:

PATRICIA C. TESSEIN and KERMIT TESSEIN,

DEBTORS

Chapter:   13

Case No.:   22-10295-MBK

Judge:   Hon. Michael B. Kaplan, U.S.B.J.

Hearing Date:   September 13, 2023

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the Court that the matter identified below has been:

_____ Settled                                                        _X_ Withdrawn

Matter:   Santander Bank's Motion for Relief from Automatic Stay is hereby WITHDRAWN as the Debtors have cured the post-petition delinquency.

Date: August 29, 2023                                         /s/*Loren L. Speziale*
                                                                              Signature