| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-10295 / MBK**

Patricia C. Tessein

Petition Filed Date: 01/13/2022
341 Hearing Date: 02/10/2022
Confirmation Date: 04/13/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2023 | $1,878.00 | 89344020 | 02/21/2023 | $1,878.00 | 90094260 | 03/16/2023 | $1,878.00 | 90585230 |
| 04/18/2023 | $1,878.00 | 91162970 | 05/11/2023 | $1,878.00 | 91613200 | 06/23/2023 | $1,878.00 | 92345920 |
| 06/27/2023 | ($1,878.00) | 92345920 | 07/12/2023 | $1,878.00 | | 08/14/2023 | $1,878.00 | |
| 09/20/2023 | $1,878.00 | | 10/12/2023 | $1,878.00 | | 10/18/2023 | $1,878.00 | |
| 11/17/2023 | $1,878.00 | | 12/13/2023 | $1,878.00 | | | | |

**Total Receipts for the Period: $22,536.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,585.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Patricia C. Tessein | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | SANTANDER BANK, NA<br>»»  P/9 TEKENING WAY/3RD MTG | Mortgage Arrears | $12,572.06 | $9,269.38 | $3,302.68 |
| 2 | SANTANDER BANK, NA<br>»»  P/9 TEKENING WAY/2ND MTG/PAY IN FULL | Mortgage Arrears | $33,136.09 | $24,431.20 | $8,704.89 |
| 3 | LVNV FUNDING LLC<br>»»  CARE CREDIT | Unsecured Creditors | $1,328.40 | $0.00 | $1,328.40 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,724.97 | $0.00 | $1,724.97 |
| 5 | MTAG CUSTODIAN FOR FIG CAPITAL INVESTMENTS NJ13<br>»»  9 TEKENING WAY/TAX CERT #17-00283 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PNC Bank, N.A.<br>»»  P/9 TEKENING WAY/1ST MTG | Mortgage Arrears | $258.46 | $180.89 | $77.57 |

**Chapter 13 Case No. 22-10295 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,585.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $37,531.47 | Current Monthly Payment: | $1,878.00 |
| Paid to Trustee: | $3,321.72 | Arrearages: | $1,878.00 |
| Funds on Hand: | $1,731.81 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

