UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-10295 |
| Estate of Patricia Tessein | Chapter: | 13 |
| | Judge: | MBK |

### NOTICE OF PROPOSED PRIVATE SALE

__Executor__, __Keith Tessein__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __June 12, 2024__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 9 Tekening Way Hamilton, NJ 08690

Proposed Purchaser: Antonio Pelaez Luna

Sale price: $326,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Evelyn "Lyn" Scott, Realtor & Angelo S. Ferrante, Esq., Special Counsel

Amount to be paid: 4% to be shared with cooperating realtors, $2,100.00 Special Counsel

Services rendered: Review any agreements of sale, assist with closing the transaction.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Kevin Fayette

Address: 1675 Whitehorse Mercerville Road, Suite 204, Hamilton, NJ 08619

Telephone No.: 609-584-0600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Patricia C. Tessein  
    Debtor

Case No. 22-10295-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 16, 2024      Form ID: pdf905      Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia C. Tessein, 9 Tekening Way, Hamilton, NJ 08690-1648 |
| cr | + | Santander Bank NA, c/o Loren L. Speziale, Esq., 33 S. 7th Street, Allentown, PA 18101-2436 |
| 519484477 | + | FIG Capital Investments NJ 13, LLC, C/O Taylor and Keyser LLC., 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 519538428 | + | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, TX 75266-0392 |
| 519509479 | | Santander Bank, N.A., c/o Loren L. Speziale, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 519485825 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519484475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2024 21:02:54 | Capital One, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 519514806 | + | Email/PDF: ebn_ais@aisinfo.com | May 16 2024 21:13:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519484476 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2024 21:02:37 | Care Credit/ Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519514419 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2024 21:24:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519484478 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2024 20:53:00 | PNC Bank, P.O. Box 94982, Cleveland, OH 44101 |
| 519538741 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2024 20:53:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 519484479 | + | Email/Text: DeftBkr@santander.us | May 16 2024 20:54:00 | Santander Bank N.A., 601 Penn Street MC:10-6438-FB7, Reading, PA 19601-3563 |
| 519484480 | + | Email/Text: DeftBkr@santander.us | May 16 2024 20:54:00 | Santander Bank, N.A., Mail Code 10-6438-FB7, 601 Penn Street, Reading, PA 19601-3563 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, TX 75266-0392 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: May 16, 2024 Form ID: pdf905 Total Noticed: 16

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Patricia C. Tessein kfayette@kevinfayette.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank NA lspeziale@grossmcginley.com jkacsur@grossmcginley.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5