UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619
609-584-0600

Order Filed on May 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Estate of Patricia Tessein

Case No.: 22-10295

Judge: MBK

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER AUTHORIZING RETENTION OF Angelo S. Ferrante, Esq.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 31, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:     Estate of Patricia Tessein

Case No.:     22-10295

Applicant:     Keith Tessein, Executor

(check all that apply)    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☑ Debtor:    ☐ Chap. 11    ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:     Angelo S. Ferrante, Esq.

Address of Professional:     Angelo S Ferrante Attorney at Law

795 Parkway Ave., Ste A3

Ewing, NJ 08618

☐ Attorney for (check all that apply):
    ☐ Trustee    ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☐ Accountant for:
    ☐ Trustee    ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☑ Other Professional:
    ☐ Realtor    ☐ Appraiser    ☑ Special Counsel    ☐ Auctioneer
    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*