**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619
609-584-0600

Order Filed on May 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Estate of Patricia Tessein

| | |
|---|---|
| Case No.: | 22-10295 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF Evelyn "Lyn" Scott

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 31, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:     Estate of Patricia Tessein _____

Case No.:     22-10295 _____

Applicant:     Keith Tessein, Executor _____

(check all that apply)   ☐ Trustee:   ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

                  ☑ Debtor:   ☐ Chap. 11    ☑ Chap. 13

                  ☐ Official Committee of _____

Name of Professional:     Evelyn "Lyn" Scott _____

Address of Professional:     Coldwell Banker Res. _____

                             10 Nassau St. _____

                             Princeton, NJ 08542 _____

    ☐ Attorney for (check all that apply):

         ☐ Trustee    ☐ Debtor-in-Possession

         ☐ Official Committee of _____

    ☐ Accountant for:

         ☐ Trustee    ☐ Debtor-in-Possession

         ☐ Official Committee of _____

    ☑ Other Professional:

         ☑ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

         ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-10295-MBK
Patricia C. Tessein                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                   Page 1 of 1
Date Rcvd: May 31, 2024                   Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia C. Tessein, 9 Tekening Way, Hamilton, NJ 08690-1648 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2024                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Patricia C. Tessein kfayette@kevinfayette.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank NA lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5