Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  22–10295–MBK
    Chapter:  13
    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia C. Tessein
   9 Tekening Way
   Hamilton, NJ 08690

Social Security No.:
   xxx–xx–4163

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I _Michelle M. Fogleman_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

9 Tekening Way, Hamilton, NJ 08690

Dated: June 6, 2024
JAN: mmf

                                               Jeanne Naughton
                                               Clerk