UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619
609-584-0600

Order Filed on June 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Estate of Patricia Tessein

| | |
|---|---|
| Case No.: | 22-10295 |
| Hearing Date: | 06/12/2024 |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form:  ☐ Followed   ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: June 14, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____9 Tekening Way Hamilton, NJ 08690_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Evelyn "Lyn" Scott, Realtor& Angelo S. Ferrante, Esq., Special Counsel |
| Amount to be paid: | 4% to be shared with cooperating realtors, $2,100.00 Special Counsel |
| Services rendered: | Review any agreements of sale, assist with closing the transaction. |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    1) PNC Bank N.A., will received the balance due and owing on the mortgage at closing to be paid in full. Estimated at $27,000.00.
    2) Santander Bank N.A., Account ***4988, will received the balance due and owing on the mortgage at closing to be paid in full. Estimated at $33,000.00.
    3) Santander Bank N.A., Account ***5051, will received the balance due and owing on the mortgage at closing to be paid in full. Estimated at $30,000.00.
    4) Tax Lien Redemption, Purchased by Santander Bank N.A. February 2023 will received the balance due and owing at closing to be paid in full. Estimated at $45, 385.00
    5) Chapter 13 Trustee, will receive an estimated balance of $5,680.00 to complete the case at 100% dividend to all creditors who timely filed a proof of claim and process for discharge.
    6) To pay any outstanding real estate taxes including Tax Liens, municipal utility, closing costs, Special Counsel, real estate broker fee's and any cooperating realtors.
    7) Balance of proceed will be paid to debtors' Estate.
    8) This Order shall be effective immediately and shall not be subject to the stay otherwise imposed by Bankruptcy Rule 6004(g).rev.1/12/22

*rev.8/1/15*