Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−10295−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia C. Tessein
   9 Tekening Way
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−4163

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      7/10/24
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Kevin C. Fayette, Debtor's Attorney

COMMISSION OR FEES
fee: $2,000.00

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 14, 2024
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10295-MBK |
| Patricia C. Tessein | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2024 | Form ID: 137 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia C. Tessein, 9 Tekening Way, Hamilton, NJ 08690-1648 |
| sp | + | Angelo S. Ferrante, 795 Parkway Ave. A-3, Lexington Mews, Trenton, NJ 08618-2704 |
| r | + | Evelyn Lyn Scott, Coldwell Banker Res., 10 Nassau Street, Princeton, NJ 08542-4510 |
| cr | + | Santander Bank NA, c/o Loren L. Speziale, Esq., 33 S. 7th Street, Allentown, PA 18101-2436 |
| 519484477 | + | FIG Capital Investments NJ 13, LLC, C/O Taylor and Keyser LLC., 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 519538428 | + | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, TX 75266-0392 |
| 519509479 | | Santander Bank, N.A., c/o Loren L. Speziale, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 519485825 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2024 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2024 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519484475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2024 21:01:23 | Capital One, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 519514806 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2024 21:01:24 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519484476 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 14 2024 21:01:38 | Care Credit/ Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519514419 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 21:01:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519484478 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2024 20:56:00 | PNC Bank, P.O. Box 94982, Cleveland, OH 44101 |
| 519538741 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2024 20:56:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 519484479 | + | Email/Text: DeftBkr@santander.us | Jun 14 2024 20:57:00 | Santander Bank N.A., 601 Penn Street MC:10-6438-FB7, Reading, PA 19601-3563 |
| 519484480 | + | Email/Text: DeftBkr@santander.us | Jun 14 2024 20:57:00 | Santander Bank, N.A., Mail Code 10-6438-FB7, 601 Penn Street, Reading, PA 19601-3563 |
| 519485825 | ^ | MEBN | Jun 14 2024 20:52:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, TX 75266-0392 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Patricia C. Tessein kfayette@kevinfayette.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank NA lspeziale@grossmcginley.com jkacsur@grossmcginley.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5