UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619
609-584-0600

Order Filed on June 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Estate of Patricia Tessein

| | |
|---|---|
| Case No.: | 22-10295 |
| Hearing Date: | 06/12/2024 |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: June 14, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____9 Tekening Way Hamilton, NJ 08690_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Evelyn "Lyn" Scott, Realtor& Angelo S. Ferrante, Esq., Special Counsel |
| Amount to be paid: | 4% to be shared with cooperating realtors, $2,100.00 Special Counsel |
| Services rendered: | Review any agreements of sale, assist with closing the transaction. |

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    1) PNC Bank N.A., will received the balance due and owing on the mortgage at closing to be paid in full. Estimated at $27,000.00.
    2) Santander Bank N.A., Account ***4988, will received the balance due and owing on the mortgage at closing to be paid in full. Estimated at $33,000.00.
    3) Santander Bank N.A., Account ***5051, will received the balance due and owing on the mortgage at closing to be paid in full. Estimated at $30,000.00.
    4) Tax Lien Redemption, Purchased by Santander Bank N.A. February 2023 will received the balance due and owing at closing to be paid in full. Estimated at $45, 385.00
    5) Chapter 13 Trustee, will receive an estimated balance of $5,680.00 to complete the case at 100% dividend to all creditors who timely filed a proof of claim and process for discharge.
    6) To pay any outstanding real estate taxes including Tax Liens, municipal utility, closing costs, Special Counsel, real estate broker fee's and any cooperating realtors.
    7) Balance of proceed will be paid to debtors' Estate.
    8) This Order shall be effective immediately and shall not be subject to the stay otherwise imposed by Bankruptcy Rule 6004(g).rev.1/12/22

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia C. Tessein  
    Debtor

Case No. 22-10295-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Jun 14, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia C. Tessein, 9 Tekening Way, Hamilton, NJ 08690-1648 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Patricia C. Tessein kfayette@kevinfayette.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank NA lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5