UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re:

      Patricia Tessein

**Order Filed on July 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 22-10295

Hearing Date: 7/10/2024

Judge: Michael B. Kaplan

## ORDER GRANTING
## SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2)  is
hereby **ORDERED.**

**DATED: July 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 22-10295
Order Granting Supplemental Chapter 13 Fees
Page 2

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of $2,000.00 for services rendered and expenses in the amount of $0.00 for a total of $2,000.00.

The allowance shall be payable:

<u>XX</u>            Through the Chapter 13 plan as an administrative priority

_____            Outside the plan